Drohan Lee

Erika M. Calderon

T: (212)710-0011

ecalderon@dlkny.com

February 24, 2026



**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *K.W. et al v. N.Y.C. Dep't of Educ.,* 25-cv-09248 (KPF)

Dear Judge Failla,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

Defendant respectfully requests an adjournment, *sine die*, of the Initial Pretrial Conference ("Conference") scheduled before Your Honor on March 13, 2026, and the corresponding Proposed Case Management Plan and Scheduling Order ("CMP"). ECF No. 10. This Defendant's first request to adjourn the Conference and CMP. Plaintiffs consent to this request. At this time, Defendant remains processing this matter for settlement and needs additional time to review the administrative and attorney billing records and present an offer of settlement. Defendant respectfully requests an adjournment of the IPTC so as to avoid the utilization of court resources and to allow the parties an opportunity to potentially resolve this matter without the need to burden the Court.

Defendant also respectfully requests an extension of time to respond to the Complaint from February 26, 2026, to March 26, 2026. Plaintiffs consent to this request. This is Defendant's second request for an extension of this deadline. Our firm has settled many similar IDEA fees-only cases in recent months with the Law Offices of Adam Dayan, often without the need to attend conferences or file an Answer. The parties are hopeful this matter will follow the same course.

Accordingly, the parties respectfully request that the March 13, 2026, Conference and the submission of the CMP be adjourned *sine die* and that Defendant's deadline to respond to the Complaint be extended to March 26, 2026. Thank you for considering these requests.

      Respectfully Submitted,

      By: */s/ Erika M. Calderon*
      Erika M. Calderon, Esq.

cc: Adam Dayan, Esq. (*via* ECF)

Drohan Lee LLP   5 Penn Plaza, 19th Floor, New York, NY 10001  main: (212) 710-0000  www.dlkny.com

Application GRANTED.  The Initial Pretrial Conference previously scheduled for March 13, 2026, is hereby ADJOURNED *sine die*.  Defendant's deadline to answer or otherwise respond to the complaint is ADJOURNED from February 26, 2026, to **March 26, 2026.**  The parties are ORDERED to provide a status update on this case by joint letter on or before **March 26, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 11.


Dated:     February 25, 2026          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE